United States Bankruptcy Court
District of Massachusetts

In re   Wei Xie

Case No

Chapter    7

Debtor

## VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of __2__ pages and a total of __14__ creditors, is true, correct and complete to the best of my knowledge.

Date: __8/22/20__23

Debtor

_____
Joint Debtor

# CREDITOR MATRIX

Wei Xie

Bank of America
PO Box 45144
Jacksonville, FL 32232

Toyota Motor Credit
PO Box 5855
Carol Stream IL 60197

Synchrony Bank
Bankruptcy Dept
PO Box 965064
Orlando, FL 32896

Discover Bank
PO Box 15316
Wilmington DE 19850

Capital One
PO Box 31293
Salt Lake City, UT 84131

Citizens Bank
6 Corporate Dr.
Shelton, CT 06484

Bank of America
4060 Ogletown Rd
Newark, DE 19713

Wells Fargo Card Service
PO Box 14517
Des Moines, IA 50306

Citicards CBNA
5800 S. Corporate Place
Sioux Fals, SD 57108

THD/CBNA
One Court Square
Long Island City, NY 11120

129 Properties LLC
25251 Tibbits Avenue

Valencia CA 91355

First Electronic Bank
2150 S 1300 E. Suite 400
Salt Lake City, UT 84106

JP Morgan Chase
PO Box 15123
Wilmington, DE 19850

Bank of America
PO Box 15796
Wilmington DE 19886